IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SEAN CRAWLEY, | : | |
| Plaintiff, | : | |
| VS. | : | NO. 5:21-CV-00228-MTT-CHW |
| SUPERINTENDENT TIMOTHY JONES, | : | |
| Defendant. | : | |

## ORDER

Presently pending before the Court are the claims of Plaintiff Sean Crawley, a prisoner currently incarcerated at the Macon State Prison in Oglethorpe, Georgia. In response to the Court's previous orders and instructions, Plaintiff filed a letter requesting "an opportunity" to pay the initial partial filing fee of $56.00 as previously ordered. Pl.'s Resp. 1, Nov. 3, 2021, ECF No. 6. The Court thus granted Plaintiff an additional fourteen (14) days to submit his initial partial filing fee.

The time for compliance has passed, and the Court has not yet received Plaintiff's initial partial filing fee. Plaintiff did file a letter with the Court, however, stating that he had "yet to receive a response" from the Court, that "the filing fee process" had not yet "started," and that he was "eager" to start paying the filing fee and to pursue his claims. Pl.'s Resp. 1, Dec. 13, 2021, ECF No. 8. Because Plaintiff alleges that he did not receive a copy of the Court's previous order, the Court will provide Plaintiff with a second extension of time to pay the Court's initial partial filing fee of $56.00. Plaintiff shall have

an additional **FOURTEEN (14) DAYS** from the date of this Order to submit the initial partial filing fee of $56.00.

The Court again notes that Plaintiff should have sufficient funds in his prison trust fund account to pay this amount. As Plaintiff was previously advised, it is his responsibility to pay the initial partial filing fee, and he should therefore make arrangements with the appropriate prison official to ensure that the initial partial filing fee is paid in accordance with the Court's orders and instructions. If Plaintiff can no longer pay this filing fee, he should submit a renewed motion for leave to proceed *in forma pauperis* within **FOURTEEN (14) DAYS** of the date of this Order explaining why he cannot now pay the fee. Any renewed motion for leave to proceed *in forma pauperis* must include an updated copy of Plaintiff's prison trust fund account information.

Plaintiff is again reminded of his obligation to notify the Court immediately in writing of any change in his mailing address. **Failure to fully and timely comply with the Court's orders and instructions may result in the dismissal of the Complaint.** There shall be no service of process until further order of the Court.

**SO ORDERED**, this 10th day of January, 2022.

        s/ Charles H. Weigle  
        Charles H. Weigle  
        United States Magistrate Judge